MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

James Frederick Ormsby - ProSe

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

United State Internal Revenue Servive - Et Al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 1:23-cv-11428
Judge: Steeh, George Caram
MJ: Morris, Patricia T.
Filed: 06-15-2023 At 01:34 PM
CMP Ormsby v. US IRS et al (krc)

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

James Frederick Ormsby – ProSe

V.

1. The United States Federal Bureau of Investigation

    A United States Corporation/Governmental Entity

2. Joseph Robinette Biden Jr.

    President of the United States

    AND AS Individual Private Citizen

3. Christopher Asher Wray

    Commissioner – Federal Bureau of Investigaion

    AND AS Individual Private Citizen

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James Frederick Ormsby |
| Street Address | 7615 S. Steel Road |
| City and County | St. Charles   Saginaw County |
| State and Zip Code | Michigan   48655 |
| Telephone Number | 1-989-284-0703 |
| E-mail Address | jormsb01@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | US-IRS |
| Job or Title (if known) | |
| Street Address | 935 Pennsylvania Ave - NW |
| City and County | Wasington DC |
| State and Zip Code | Washington DC  20353 |
| Telephone Number | 202-622-5000 |
| E-mail Address (if known) | unknown |

Defendant No. 2

| | |
|---|---|
| Name | Joseph Robinette Biden Jr. |
| Job or Title (if known) | President |
| Street Address | 1600 Pennsylvania Ave - NW |
| City and County | Washington DC |
| State and Zip Code | Washington DC |
| Telephone Number | 202-456-1111 |
| E-mail Address (if known) | unknown |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Christopher Asher Wray |
| Job or Title (if known) | Commissioner - Federal Bureau of Investigation |
| Street Address | 935 Pennsylvania |
| City and County | Washington DC |
| State and Zip Code | Washington DC 20535 |
| Telephone Number | 202-662-5000 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S. Code 1343 - Wire Fraud
18 U.S.C. 2(a) - Aiding and Abetting
Title 18.2 - 18.2.178.2 Financial exploitation
Title 10 -D1 - Chapter 2 Art 10 - 21002 Def. (b) Adult with Disability - (h) Elderly

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____,
        is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____, and
        has its principal place of business in the State of *(name)*
        _____. Or is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
Wire Fraud - $58,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The federal Bureau of Investigation refused to investigate and prosecute a documented criminal activity - Wire Fraud Across State Lines - involving a handicapped senior citizen - involving moneys in the amount of $58,000 - thereby discriminating against a senior citizen and by the actions of the FBI Aiding and Abetting in the criminalactivity by Nonfeasance of office.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Complete investgation of the criminal activity of the FBI regarding the Nonfeasance of Office.

2. Damages for the non-action of the FBI - Punitive: $580,00 - Exemplary: $580,000 - for the Nonfeasance of office.

3. Removal of the individuals involved in the improper actions of the FBI.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _June 15_, 2023.

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff   Jammes Frederick Ormsby

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**
NOTE: A million dallars would not be enough for the hardship involved and endured with respect to the failure of the FBI to do the mandated activity required by law.

Please see attached sheets for additional information for the court.

7

**James F. Ormsby**
**7615 S. Steel Rd.**
**St. Charles, MI 48655**

**Telephone #: (989) 284-0703**

---

October 15, 2021

Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Greetings:

As a Handicapped Senior Citizen of the United States of America, residing within the State of Michigan, Saginaw County, I have made several attempts to file a criminal complaint against an individual who has, in my opinion, committed a Federal Offense, with the Federal Bureau of Investigation – by phone – numerous times without success.

Basically, the individual(s) taking the complaint over the phone have dismissed the complaint in total and if recalled correctly – advised it was not a Federal Crime, but a State issue only.

The complaint is as follows:

On November 20, 2018, a wire transfer of $58,000.00 was made by me, James F. Ormsby, from the Chase Bank, located a 2020 McKellips, Mesa, AZ, 85213, to the bank account of Jacob D. Pena/Elite Construction, First State Bank of Midland, located at 400 Ashman St. Midland, Michigan 48640. The $58,000.00 transfer was confirmed by the Chase Bank, 2020 McKellips, Mesa AZ, approximately 20 minutes after the transfer.

Documentation obtained, regarding this matter, shows that the moneys of the transfer, as made, were not used for the intended purpose of working on the New House Build at 7615 S. Steel Road, St. Charles, MI 48655, which supports the FRAUD issue. The documentation shows that the transferred moneys were used to pay off personal and business matters not related to the intended given reason of requiring the moneys for the New Build House at 7615 S. Steel Rd., St. Charles, MI 48655. The moneys, as transferred to Jacob D. Pena/Elite Construction were used to pay off personal debts of Jacob D. Pena/Elite Construction, and personal loans to family members.

In checking, it has been found that a wire transfer across state lines is a 20-year Federal Felony with respect to the 'intent to defraud an individual'. An additional 10 years is added to the Federal Felony if the charge if it involves a US Citizen over the age of 65 and involves a sum of money in excess of $50,000.00.

With respect to the Federal Felony, at the time of the wire transfer, I, James F. Ormsby, was over the age of 65, being 72 years of age. The issue of being handicapped involves the issue of having cancer. The threshold of $50,000 was passed by $8,000.00, making it a 30-year Federal Felony. Also, if correct, the issue of across state lines is met, as there are numerous state lines between Mesa Arizona and Midland Michigan.

In my opinion, as a Handicapped Senior Citizen of the United States of America, residing within the State of Michigan, I have the right to file a complaint with the Federal Bureau of Investigation, regardless of the fact that the matter also involves other State [Felony] Crimes, and if in my opinion the crime was committed by Jacob D. Pena/Elite Construction within the State of Michigan, I, as a Handicapped Senior Citizen of the United States of America, residing within the State of Michigan have the right to have the Federal Bureau of Investigation to investigate the matter as it is their duty as Federal Law Enforcement Officers to investigate such matters.

Specifically, I, James F. Ormsby, am filing a Federal Felony Complaint OF WIRE FRUAD INVOLVING THE SUM OF $58,000.00, ACROSS STATE LINES, against Jacob D. Pena, 184 N. Venner Rd., Midland, MI 48640-8106, whom in my opinion, as the documented evidence shows, committed the criminal act which is the basis of this complaint.

In closing:

1. It is understood that in making the complaint, the likelihood that the Federal Bureau of Investigation is going to do its assigned duty and investigate this complaint is acknowledged as "Slim to none with Slim having left town". This acknowledgement comes from many years as a law enforcement officer dealing with Federal Agencies/Agents and doing my duties as a law enforcement officer which at times did not set well with the Agents.
2. When viewing this complaint, it is acknowledged that there are two (2) venues involved. There are the **State [Michigan]** Crimes and the **Federal [United States]** Crimes. I am specifically requesting that the Federal Bureau of Investigation deal with only the Federal violation(s) of the law.

Further, as this complaint is now being presented 'in physical form' the Statute of Limitations is removed for future action(s) as the complaint is being presented and action requested within the 5-year Statute of Limitations.

Respectfully,



James F. Ormsby

Attached: Documents supporting the complaint

Page 2 of 3

Certified Mail – 7019 1640 0000 8760 6481

85

Certified Mail – 7019 1640 0000 8760 6481

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70191640000087606481

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 10:43 am on September 1, 2021 in SAGINAW, MI 48601.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
SAGINAW, MI 48601
September 1, 2021, 10:43 am

**Departed USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 31, 2021, 3:01 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 30, 2021, 10:13 pm

**Departed Post Office**
SAINT CHARLES, MI 48655
August 30, 2021, 4:31 pm

**USPS in possession of item**
SAINT CHARLES, MI 48655
August 30, 2021, 10:44 am

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
James Fredrick Ormsby - ProSe

**DEFENDANTS**
US-IRS

**(b)** County of Residence of First Listed Plaintiff  Sagnaw County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Washington DC
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 1:23-cv-11428
Judge: Steeh, George Caram
MJ: Morris, Patricia T.
Filed: 06-15-2023 At 01:34 PM
CMP Ormsby v. US IRS et al (krc)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ■ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*                     and One Box for Defendant

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Code 1343 - Wire Fraud 18 U.S.C. 2(a)   aiding & Abtting 18.2-178.2 - Financial Exploitation Title 10 Article 10 - 21002 (b) & (h)

Brief description of cause:
Failure of the US-IRS to do their job - as required by law and discrmination of a haandicapped US Citizen

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ■ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: June 15, 2023

SIGNATURE OF ATTORNEY OF RECORD: *James F. Ormsby*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?      ☐ Yes    ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.      Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes    ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: _____